UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIO ROSAS, | ) | Case No. CV 12-2447 DDP (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| LINDA SANDERS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: 9/17/12      _____
                    HON. DEAN D. PREGERSON
                    UNITED STATES DISTRICT JUDGE